# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 64 EM 2021
                                 :
Respondent                       :
                                 :
                                 :
                                 :
v.                               :
                                 :
                                 :
JOHN MICHAEL TEDESCO,            :
                                 :
Petitioner                       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the "Petition for Allowance of a Subpoena" is DENIED.